

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-19-00873-CR

Anthony Arlanders **ROSS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12490
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

Sachiko Nagao's Notification of Late Reporter's Record is this date NOTED. The Reporter's Record must be filed no later than March 16, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court